**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

FILED
OCT 24 2005
MICHAEL GANS
CLERK OF COURT

William K. Suter
Clerk of the Court
(202) 479-3011

October 18, 2005

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: Gerald Phillip May, Jr.
v. United States
No. 05-7037
(Your No. 03-3108)

CR 02-285 ADM/RLE

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 12, 2005 and placed on the docket October 18, 2005 as No. 05-7037.

Sincerely,

William K. Suter, Clerk

by

Gail Johnson
Case Analyst

RECEIVED
OCT 24 2005
U. S. COURT OF APPEALS
EIGHTH CIRCUIT