1979864

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

FILED

NOV 2 2 2005

MICHAEL GANS
CLERK OF COURT

William K. Suter
Clerk of the Court
(202) 479-

November 14, 2005

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

CR 02-285 ADM/RLE

RECEIVED
BY MAIL
DEC - 5 2005
CLERK, US DIST. COURT
ST. PAUL, MN

Re: Gerald Phillip May, Jr.
v. United States
No. 05-7037
(Your No. 03-3108)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

William K. Suter, Clerk

SCANNED
DEC 0 6 2005
U.S. DISTRICT COURT ST. PAUL

RECEIVED
NOV 22 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT